**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
**BILL MORROW, ESQ.  C.S.B.  #140772**
**JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
LEPISCOPO & ASSOCIATES LAW FIRM
3511 Camino del Rio South, Suite 101
San Diego, California 92108
Telephone:  (619) 299-5343
 Facsimile:  (619) 299-4767

Attorneys for Defendant and Counterclaim Plaintiff, **BILBRO CONSTRUCTION COMPANY, INC.**, and Defendant, **INTERNATIONAL FIDELITY INSURANCE COMPANY**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVSION

| | |
|---|---|
| **UNITED STATES OF AMERICA** for the Use and Benefit of **PENN AIR CONTROL, INC.,** | Case No.  **15-CV-03327-NC** |
| | **ORDER CONTINUING DECEMBER 9, 2015 CASE MANAGEMENT CONFERENCE** |
| Plaintiff, | |
| v. | |
| **BILBRO CONSTRUCTION COMPANY, INC.** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, | COURTROOM:  **7** |
| | JUDGE: **HON. NATHANAEL COUSINS** |
| Defendants. | TRIAL DATE:  NONE SET |
| **AND RELATED COUNTER AND CROSS-ACTIONS.** | |
| Counterclaim Defendants. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT the December 9, 2015 Case Management Conference shall be and hereby is continued to January 20, 2016 at 10:00 a.m. in Courtroom 7. Case management statement due January 13, 2016.

LEPISCOPO & ASSOCIATES LAW FIRM

IT IS FURTHER ORDERD THAT leave is hereby granted to all legal counsel to appear telephonically if they so choose.

Dated:  December 2, 2015

GRANTED

Judge Nathanael M. Cousins

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on November 29, 2015.

Dated: November 29, 2015.                                    Respectfully submitted,


                                                             /s/ Peter D. Lepiscopo            .
                                                             **PETER D. LEPISCOPO**
                                                               *Counsel of Record*