1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of PENN AIR CONTROL, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BILBRO CONSTRUCTION COMPANY, INC., and INTERNATIONAL FIDELITY INSURANCE COMPANY, <br><br> Defendants. | CASE NO.: 5:15-cv-03327-NC <br><br> **MODIFIED ORDER GRANTING COUNTERCLAIM DEFENDANT ALPHA MECHANICAL, INC.'S APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Nathanael Cousins <br> Courtroom: 7 |
| BILBRO CONSTRUCTION COMPANY, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> PENN AIR CONTROL, INC.; and ALPHA MECHANICAL, INC., <br><br> Counterclaim Defendants. | Trial Date:   None Set |

1  GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT the January
2  20, 2016 Case Management Conference shall be and hereby is continued to January
3  27, 2016, 2016 at 1:00 p.m. in Courtroom 7. Joint case management statement is due
4  January 20, 2016.
5  IT IS SO ORDERED.

8  DATED: December 23, 2015 _



HONORABLE NATHANAEL M. COUSINS
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

P:01008368:74055.003