**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
**BILL MORROW, ESQ.  C.S.B.  #140772**
**JAMES M. GRIFFITHS, ESQ.  C.S.B. # 228467**
LEPISCOPO & ASSOCIATES LAW FIRM
3511 Camino del Rio South, Suite 101
San Diego, California 92108
Telephone:  (619) 299-5343
 Facsimile:  (619) 299-4767

Attorneys for Defendant and Counterclaim Plaintiff, **BILBRO CONSTRUCTION COMPANY, INC.**, and Defendant, **INTERNATIONAL FIDELITY INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVSION

| | |
|---|---|
| **UNITED STATES OF AMERICA** for the Use and Benefit of **PENN AIR CONTROL, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **BILBRO CONSTRUCTION COMPANY, INC.** and **INTERNATIONAL FIDELITY INSURANCE COMPANY**, <br><br> Defendants. <br> ─────────────────────── <br> AND RELATED COUNTERCLAIMS. | Case No.  **15-CV-03327-NC** <br><br> **STIPULATION RE: TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA; ORDER THEREON** <br><br> COURTROOM:  **7** <br> JUDGE: **HON. NATHANAEL COUSINS** <br> TRIAL DATE:  **None Set** |

**IT IS HEREBY STIPULATED** by and between plaintiff and counterclaim defendant PENN AIR CONTROL, INC. ("Penn"), defendant and counterclaim plaintiff BILBRO CONSTRUCTION COMPANY, INC. ("Bilbro"), defendant INTERNATIONAL FIDELITY INSURANCE COMPANY ("IFIC"), and counterclaim defendant ALPHA MECHANICAL, INC. ("Alpha") (collectively the "Parties"), by and through their undersigned counsel of record, pursuant to 28 United States Code ("U.S.C.") §§ 1404 and 1406 as follows:

---

**STIPULATION RE: TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA; ORDER THEREON**
1

1. Pursuant to 28 U.S.C. §§ 1404 and 1406, the Parties agree that the Southern District of California, located in San Diego County, is the venue most convenient for all parties, witnesses, and legal counsel to prosecute this action;

2. Pursuant to 28 U.S.C. §§ 1404 and 1406, the Parties hereby agree and request the Court to transfer this entire action to the United States District Court for the Southern District of California (San Diego County);

3. The Parties agree that the requested transfer shall not be asserted by any party to this Stipulation to be a bar or other defense to claims and/or defenses already asserted or to be asserted in the future in this Action;

4. The Parties agree that Alpha shall file its answer and counterclaims in the U.S. District for the Southern District of California within twenty (20) days after the Parties receive notice that said court has received transfer of the entire case from this Court; and

5. The Parties hereby agree and request the Court to vacate, without prejudice, all motion and hearing dates presently pending in this matter.

IT IS SO STIPULATED by the Parties.

Dated: December 30, 2015.              **LEPISCOPO & ASSOCIATES LAW FIRM**

By: _____
       Peter D. Lepiscopo, Esq.,

Attorneys for Defendant and Counterclaim Plaintiff, BILBRO CONSTRUCTION COMPANY, INC., and Defendant, INTERNATIONAL FIDELITY INSURANCE COMPANY

**STIPULATION RE: TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA; ORDER THEREON**

2

Dated: December 30, 2015.

THEODORE A. ANDERSON LAW CORPORATION

By: _____
Theodore A. Anderson, Esq.,

Attorneys for Plaintiff and Counterclaim Defendant, PENN AIR CONTROL, INC.

Dated: December 30, 2015.

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____
Mark Angert, Esq.,

Attorneys for Counterclaim Defendant, ALPHA MECHANICAL, INC.

## ORDER

**IT IS HEREBY ORDERED** that the terms of the foregoing stipulation are hereby granted.

**IT IS FURTHER ORDERED** that the Clerk of Court shall cause this entire case to be transferred to the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101.

**IT IS SO ORDERED.**

Date: December 30, 2015.

GRANTED
Judge Nathanael M. Cousins

STIPULATION RE: TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA; ORDER THEREON
3